UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:                                                                                          Bankr. Case No. 09-20467-LBR-7

Kenneth Lochel                                                                                                            Chapter 7
     Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. as Assignee from Long Beach Acceptance Corp. hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        AmeriCredit Financial Services, Inc. as Assignee from Long Beach
        Acceptance Corp.
        PO Box 183853
        Arlington, TX  76096

        AmeriCredit Financial Services, Inc. as Assignee from
        Long Beach Acceptance Corp.

          /s/  James Hogan, Jr.
By_____

        James Hogan, Jr.
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@americredit.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on September 2, 2009 :

    Charles T. Wright  
    Piet & Wright  
    3130 S. Rainbow Blvd., Ste. 304  
    Las Vegas, NV 89146

    Kathleen A. Leavitt  
    201 Las Vegas Blvd., So. #200  
    Las Vegas, NV  89101

By  /s/ James Hogan, Jr.  
    James Hogan, Jr.

xxxxx29634 / 543427